IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | |
| **Iris V. Lopez** | : | BK NO. |
| | : | 18-15952-MDC |
| DEBTOR | : | |

# O R D E R

AND NOW, this 1st day of October, 2018, consideration of Debtor's Motion, it is hereby,

ORDERED and DECREED, that Debtor be allowed an extension of time until **October 10, 2018** to file Statement of Affairs, Schedules of Assets and Liabilities, Statement of Current Monthly Income, Statistical Summary of Certain Liabilities, and Plan.

_____
BANKRUPTCY JUDGE

**CC:**
**COUNSEL:**   Michael D. Ward, Esquire
1800 JFK Blvd.
Suite 300
Philadelphia, PA 19103

**TRUSTEE:**   William Miller, Esquire
Standing Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

**DEBTOR(S):**   **Iris V. Lopez
4605 Hurley Street
Philadelphia, PA 19120**