IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                          :
                                                :       In Chapter 13
           IRIS V. LOPEZ,                       :
                                                :       Bankruptcy No. 18-15952 (MDC)
                         Debtor.                :
-------------------------------------------------------x
```

# **PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #21 filed by the City of Philadelphia on March 6, 2019.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: March 6, 2019          By:     /s/ Pamela Elchert Thurmond
                                      PAMELA ELCHERT THURMOND
                                      Deputy City Solicitor
                                      PA Attorney I.D. 202054
                                      City of Philadelphia Law Department
                                      1401 JFK Blvd., 5th Floor
                                      Philadelphia, PA  19102-1595
                                      215-686-0508 (phone)
                                      215-686-0588 (facsimile)
                                      Email: Pamela.Thurmond@phila.gov