# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-15952-MDC

IRIS V LOPEZ

4605 HURLEY STREET

PHILADELPHIA, PA 19120

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    IRIS V LOPEZ

    4605 HURLEY STREET

    PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. WARD ESQUIRE
    1800 JFK BLVD
    SUITE 300
    PHILADELPHIA, PA 19103-

Date: 3/19/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee