```
            IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE                              :
**Iris V. Lopez**                  :    BK NO.
                                   :    18-15952-MDC
DEBTOR                             :

## CERTIFICATION OF SERVICE

I, Michael D. Ward, do hereby certify that true and correct copies of the Debtor's Second Amended Plan on **July 10, 2019** to the below listed parties by United States Mail, First Class, postage prepaid or ECF e-mail.

**TRUSTEE:**   William Miller, Esquire
Standing Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

M&T Bank
PO Box 840
Buffalo, NY 1424

**PAMELA ELCHERT THURMOND**
CITY OF PHILADELPHIA LAW DEPARTMENT
TAX & REVENUE UNIT
BANKRUPTCY GROUP, MSB
1401 JOHN F. KENNEDY BLVD., 5TH FLOOR
PHILADELPHIA, PA 19102-1595

**KEVIN G. MCDONALD**
KML LAW GROUP, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106

/S/Michael D. Ward
_____
Michael D. Ward