```
            IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE                                   :
                                        :
**Iris V. Lopez**                       :    BK NO.
                                        :    18-15952-MDC
DEBTOR                                  :


## CERTIFICATION OF NON-RESPONSE
## TO NOTICE OF APPLICATION FOR APPROVAL OF LEGAL FEE

    The undersigned, Michael D. Ward, Esquire does hereby aver and certify that he did serve copies of the Notice of Application for Approval of Legal Fee, as approved by the Clerk of the U.S. Bankruptcy Court for the Eastern District of Pennsylvania, upon all interested parties, as listed on the attached Exhibit "A", which lists includes all the parties listed on the master mailing list (typing matrix) by depositing same with the United States Postal Service, at Philadelphia, PA as regular first class mail, postage pre-paid or by ECF e-mail on the following date**: June 29,2019**

    More than twenty (20) days have elapsed from the date of mailing of said Notice of Application for Approval of Legal Fee, and having received no response thereto, and more than twenty (20) days having elapsed since the mailing of the Notice of Application for Approval of Legal Fee, and having received no response thereto, the undersigned as Attorney for the Debtor(s) does hereby ask that the fee in this case be Approved

                                                                            Respectfully submitted,

Dated: **August 28, 2019**                    /s/ Michael D Ward, Esq
                                                            Michael D. Ward, Esquire
                                                            1800 JFK Blvd, Suite 300
                                                            Philadelphia, PA  19103-7402
                                                            Phone: (267) 628-8254
                                                           Fax:    (215) 383-0129
                                                           Email:  mdwecf@gmail.com

```
              IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE

**Iris V. Lopez** : BK NO.
: 18-15952-MDC
DEBTOR

**<u>Parties served with copy of Notice of Fee Application:</u>**

The Debtor, U.S. Trustee, Chapter 13 Trustee, Creditors, and all parties in interest.