IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                       :
**Iris V. Lopez**                           :      BK NO.
                                            :      18-15952-MDC
DEBTOR                                      :

## ORDER APPROVING LEGAL FEE

AND NOW, this 29th day of August 2019, upon consideration of the within application filed by Michael D Ward, Esquire, the Court finds that the fee for representing the above-named Debtor(s), is reasonable in light of the services performed by Counsel, and it is therefore:

ORDERED as follows:

Debtor's counsel's fee of $4,000.00 and costs of $310.00, for a total of $4,310.00 is hereby approved; and

Payment of $2,648.00 to the undersigned counsel for the Debtor in the Debtor=s Chapter 13 Plan is hereby approved.

By the Court:

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge