```
                IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE                               :
                                    :
**Iris V. Lopez**                   :    BK NO.
                                    :    18-15952-MDC
DEBTOR                       :

### Certification of No Objection to Motion to Modify Plan

**TO THE CLERK:**

    1. Debtor(s) filed a Motion to Modify Plan Payments After Confirmation.

    2. No Answer, Objection, responsive pleading or request for Hearing has been filed with the Clerk of the Court.

    3. Debtor(s) request the Court to enter the Order granting the Motion to Modify Plan Payments After Confirmation.

                                    Respectfully submitted,

Date: August 25, 2020          /s/ Michael D. Ward, Esq.
                                      Michael D. Ward, Esquire
                                      Attorney for Debtor

                                      Supreme Court I.D. # 37141

                                      1800 JFK Blvd
                                      Suite 300
                                      Philadelphia, PA  19103-7402
                                      Phone: (267) 628-8254
                                      Fax:   (215) 383-0129
                                      Email: mdwecf@gmail.com