IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE

                                       :

**Iris V. Lopez**                        :          BK NO.

                                         :          18-15952-MDC

DEBTOR                          :

## **O R D E R**

AND NOW, this              day of                          ,2020, upon consideration of the

Debtor's Motion to Modify Plan, and Response thereto by M&T BANK, and after hearing, it is

hereby

ORDERED that Debtor's plan is modified as follows:

**1)** The total Base Amount to be paid to the Chapter 13 Trustee shall be $ 9,000.00, and

the Plan payments by Debtor shall consists of the total amount previously paid of

$5,100.00 added to the new monthly Plan payments in the amount of $300.00

beginning August 9, 2020 for 13 months;

**2)** The Debtor's plan shall be modified to allow the Debtor until December 1, 2020 to

obtain a loan modification;

**3)** If the Debtor has not obtained approval from her Mortgage Company, M&T Bank,

for a loan modification by December 1, 2020, her Mortgage Company, M&T Bank

may certify a default to the Court of the portion of the Debtor's Modified Plan as set

forth in Paragraph # 3 of this Order, upon which the Court may enter an Order

granting relief from the Automatic Stay to the Mortgage Company, M&T Bank;

and

**4)**  Debtor's counsel is to be awarded additional attorney's fees of $600.00 to be paid

through the Debtor's plan, but only upon the Court's approval of a Supplemental

Fee Application by Debtor's Counsel.


_____

The Honorable Magdeline D. Coleman
United State Bankruptcy Judge