IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                            :
**Iris V. Lopez**                                :        BK NO.
                                                 :        18-15952-MDC
DEBTOR                                           :

# **O R D E R**

AND NOW, this 17th day of November ,2020, upon consideration of the Debtor's Motion to Modify Plan, and Response thereto by M&T BANK, and after hearing, it is hereby

ORDERED that Debtor's plan is modified as follows:

1) The total Base Amount to be paid to the Chapter 13 Trustee shall be $ 9,000.00, and the Plan payments by Debtor shall consists of the total amount previously paid of $5,100.00 added to the new monthly Plan payments in the amount of $300.00 beginning August 9, 2020 for 13 months;

2) The Debtor's plan shall be modified to allow the Debtor until December 1, 2020 to obtain a loan modification;

3) If the Debtor has not obtained approval from her Mortgage Company, M&T Bank, for a loan modification by December 1, 2020, her Mortgage Company, M&T Bank may certify a default to the Court of the portion of the Debtor's Modified Plan as set forth in Paragraph # 3 of this Order, upon which the Court may enter an Order granting relief from the Automatic Stay to the Mortgage Company, M&T Bank; and

**4)** Debtor's counsel is to be awarded additional attorney's fees of $600.00 to be paid through the Debtor's plan, but only upon the Court's approval of a Supplemental Fee Application by Debtor's Counsel.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge