United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 18-15952-mdc |
|---|---|
| Iris V Lopez | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 17, 2020 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Iris V Lopez, 4605 Hurley Street, Philadelphia, PA 19120-4530 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| MICHAEL D. WARD | on behalf of Debtor Iris V Lopez mdwecf@gmail.com  G7290@notify.cincompass.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                        :

**Iris V. Lopez**                                :      BK NO.
                                          :      18-15952-MDC

DEBTOR                                  :

## **O R D E R**

AND NOW, this 17th day of November ,2020, upon consideration of the Debtor's Motion to Modify Plan, and Response thereto by M&T BANK, and after hearing, it is hereby

ORDERED that Debtor's plan is modified as follows:

1) The total Base Amount to be paid to the Chapter 13 Trustee shall be $ 9,000.00, and the Plan payments by Debtor shall consists of the total amount previously paid of $5,100.00 added to the new monthly Plan payments in the amount of $300.00 beginning August 9, 2020 for 13 months;

2) The Debtor's plan shall be modified to allow the Debtor until December 1, 2020 to obtain a loan modification;

3) If the Debtor has not obtained approval from her Mortgage Company, M&T Bank, for a loan modification by December 1, 2020, her Mortgage Company, M&T Bank may certify a default to the Court of the portion of the Debtor's Modified Plan as set forth in Paragraph # 3 of this Order, upon which the Court may enter an Order granting relief from the Automatic Stay to the Mortgage Company, M&T Bank; and

**4)** Debtor's counsel is to be awarded additional attorney's fees of $600.00 to be paid through the Debtor's plan, but only upon the Court's approval of a Supplemental Fee Application by Debtor's Counsel.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge