# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Iris V. Lopez<br>　　　　　　　　　　Debtor(s)<br><br>M&T Bank<br>　　　　v.<br>Iris V. Lopez<br>　　　　and<br>William C. Miller Esq.<br>　　　　　　　Trustee | Chapter 13<br><br><br>NO. 18-15952 MDC |

## ORDER

AND NOW, this 19th day of February, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Court Order dated November 17, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4605 North Hurley Street  Philadelphia, PA 19120.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Colemn*

Magdeline D. Colemn
Chief U.S. Bankruptcy Judge

cc: See attached service list